U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

AUG 0 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TREVOR GIST | CIVIL ACTION NO. 07-cv-0740 |
| VERSUS | JUDGE WALTER |
| BILLY McCONNELL | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. 39) is **denied**.

**IT IS FURTHER ORDERED** that Defendants' Motions for Summary Judgment (Docs. 42 and 51) are **granted** and all claims against defendants are **dismissed with prejudice**.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the ____6____ day of _____, 2008.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE